AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Consolidated Transaction Processing, LLC

V.

West Marine, Inc.

CASE NUMBER: 1:22-cv-06818

ASSIGNED JUDGE: Honorable Andrea R. Wood

DESIGNATED MAGISTRATE JUDGE: Honorable Susan E. Cox

TO: (Name and address of Defendant)

West Marine, Inc.
c/o Registered Agent
The Corporation Trust Company
1209 Orange St
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Neil A. Benchell (Bar No. 6274550)
DEVLIN LAW FIRM LLC
815 North Elmwood Avenue
Oak Park, IL 60302
(302) 351-4400

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Sarah Bouchard*

(By) DEPUTY CLERK



January 19, 2023

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 02/24/2023 @2:55 pm |
| NAME OF SERVER *(PRINT)* John Garber | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): I served the summons on Nadia Bellamy- Intake Specialist at The Corporation Trust Company, who is designated by law to accept service of process on behalf of West Marine, Inc. c/o The Corporation Trust Company 1209 Orange St Wilmington, DE 19801

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 02/24/2023
Date

Signature of Server

230 N. Market St., Wilmington, DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.